**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 23-6138**

---

LEANTHONY T. WINSTON,

        Plaintiff - Appellant,

     v.

MEGAN MONTOYA; ROBERT BROADBENT; LINDSEY SANTOS; DANIEL LOVE; B. M. TRATE,

        Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Arenda L. Wright Allen, District Judge.  (2:22-cv-00506-AWA-RJK)

---

Submitted:  June 15, 2023                         Decided:  June 21, 2023

---

Before DIAZ, RICHARDSON, and HEYTENS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

LeAnthony T. Winston, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

LeAnthony T. Winston seeks to appeal an order from the District Court for the Northern District of California transferring his *Bivens*[*] action to the Eastern District of Virginia. "[W]e have no jurisdiction to review a decision to transfer venue rendered by a district court in another circuit." *Brock v. Entre Comput. Ctrs., Inc.*, 933 F.2d 1253, 1257 (4th Cir. 1991). Accordingly, we deny Winston's pending motions and dismiss his appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

---

[*] *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).